NOT DESIGNATED
FOR PUBLICATION

## COURT Of APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2019-CA-1274

C.S. Gaidry, I n c., and Schwing Management, LLC

- Versus --

Low Land Construction Company, Inc., XYZ Insurance
Company and Harry Bourg Corporation

32nd Judicial District Court
case #: lsoo21
Terrebonne Parish

On Application for Rehearing filed on 12/11/2020 by C.S. Gaidry, Inc,

Rehearing _____ **DENIED** _____

John Michael Guidry

Page McClendon

William J. Burris

Date **MAR 0 4 2021** _____

RODD NAQUIN
CLERK OF COURT